**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-7450**

PETER GAKUBA,

> Petitioner - Appellant,

v.

WARDEN,

> Respondent - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Ellen L. Hollander, Senior District Judge.  (1:21-cv-02498-ELH)

Submitted:  January 20, 2022                          Decided:  January 26, 2022

Before AGEE and HARRIS, Circuit Judges, and KEENAN, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Peter Gakuba, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Peter Gakuba appeals the district court's order transferring his 28 U.S.C. § 2254 petition to the United States District Court for the Northern District of Illinois. We dismiss the appeal for lack of jurisdiction because the order is not appealable.

This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541 (1949). Because Gakuba filed his notice of appeal after the action was transferred, the order here appealed is neither a final order nor an appealable interlocutory or collateral order. *See TechnoSteel, LLC v. Beers Constr. Co.*, 271 F.3d 151, 153-54 (4th Cir. 2001).

We therefore dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*